IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | Case Number: 1:09-cr-39-WLS |
| MARTIN STRATIS, | * |
| Defendant. | * |

### ORDER

Pursuant to an Appearance Bond dated January 7, 2010, Defendant was released on bond following the posting of a secured property bond in the amount of $25,000.00 . The conditions of the Appearance Bond have now been met and the Clerk is directed to execute a release of the property bond to allow for cancellation of secured bond.

This 19th day of December, 2022 .

W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT